# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAQUELINE L. GENTLE,<br><br>                    Defendant. | 2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

The court having reviewed the Government's Request to Modify Order for Psychiatric Examination (#370) finds good cause to grant the Government's request. The Government states that Defendant's counsel, Kathleen Bliss, Esq., does not oppose the Government's request, "but only asked for consideration of a second psychological evaluation by the defense if necessary." *Id.* Based on the parties' representations, and good cause appearing,

IT IS HEREBY ORDERED that the psychiatric examination of Ms. Gentle will be conducted in the ordinary course with the appropriate personnel at the appropriate facility.

IT IS FURTHER ORDERED that the Government's Request to Modify Order for Psychiatric Examination (#370) is GRANTED.

Dated this 21st day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE