KATHLEEN BLISS, ESQ. SB# 7606
E-mail: kathleen.bliss@lewisbrisbois.com
DANIEL HILL, ESQ. SB# 12773
E-mail: Daniel.hill@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

*Attorneys for defendant Jacqueline Louisa Gentle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00463-JCM-VCF |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CHECK ON REVOCATION HEARING |
| vs. | |
| JACQUELINE LOUISA GENTLE, *et al.*, | Hearing date: January 13, 2015 at 9:30 a.m. |
| Defendants. | |

## STIPULATION

Daniel G. Bogden, United States Attorney, and SARAH GRISWOLD, Assistant United States Attorney, counsel for the Government, and KATHLEEN BLISS, appointed counsel for defendant JACQUELINE LOUISA GENTLE, hereby stipulate to continue the status check regarding Defendant Gentle's mental evaluation and revocation, currently scheduled for January 13, 2015 before MAGISTRATE JUDGE PEGGY LEEN.  The parties request the Court to vacate the status check and reset it for a date and time after February 10, 2015.

The background for and reasons supporting the continuance are as follows:

1.  After initially ordering Ms. Gentle detained, Magistrate Judge Leen released her on a personal recognizance bond on December 6, 2013.

4817-1570-9473.1

2.     Ms. Gentle was arrested for allegedly violating the conditions of pretrial release on or about October 31, 2014.

3.     On November 12, 2014, Magistrate Judge Ferenbach ordered Ms. Gentle to undergo psychological evaluation for the purposes of a forthcoming competency hearing.

4.     On November 13, 2014, Magistrate Judge Leen, at the parties' request, suspended the revocation proceedings against Ms. Gentle pending the outcome of the psychological evaluation and set the subject status check for January 13, 2015.

5.     On December 22, 2014, Magistrate Judge Ferenbach granted the Bureau of Prisons' request for an extension to complete the evaluation, and ordered the report be completed and submitted by February 10, 2015.

6.     Magistrate Judge Ferenbach has not yet set a time for the forthcoming competency hearing.

//
//
//
//
//
//
//
//
//
//
//
//
//

4817-1570-9473.1                                     2

Therefore, the parties stipulate to continue the January 13, 2015 status check before Magistrate Judge Leen to a date and time after February 10, 2015.

Respectfully submitted this 9th day of January,

                                      DANIEL G. BOGDEN
                                      United States Attorney

By:  /s/ Kathleen Bliss                     By:  /s/ Sarah Griswold
      KATHLEEN BLISS                         SARAH GRISWOLD
      Lewis Brisbois Bisgaard & Smith        Assistant United States Attorney
      Counsel for JACQUELINE GENTLE    Counsel for the Government

## ORDER

Based on the parties' stipulation and good cause appearing,

IT IS ORDERED that the status check on Defendant Jacqueline Gentle's mental evaluation and revocation currently set for 9:30 a.m. on January 13, 2015 be VACATED and reset for __February 23, 2015__ at the hour of _1:30 p.m._.

DATED this _12th_ day of January 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

4817-1570-9473.1                    3

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 9th day of January 2015, I did cause a true copy of Defendant Jacqueline Gentle's

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CHECK ON REVOCATION HEARING**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By   */s/ Krystle Platero*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP



4817-1570-9473.1

4