UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00463-JCM-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Release – Dkt. #436) |
| JACQUELINE LOUISA GENTLE, | |
| Defendant. | |

Before the court is the Emergency Motion to Release Jacqueline Gentle to Attend Funeral of Minor Cousin (Dkt. #436) filed under seal February 11, 2014 because it attached a confidential report of a court ordered psychological evaluation. The motion requests temporary release of Ms. Gentle to attend the funeral of a juvenile cousin in Los Angeles, California on February 12, 2015.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Emergency Motion to Release Jacqueline Gentle to Attend Funeral of Minor Cousin (Dkt. #436) is **DENIED** with sincere condolences to Ms. Gentle on the tragic loss of her cousin.

DATED this 12th day of February, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1