**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JACQUELINE LOUISA GENTLE,<br><br>         Defendant. | 2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

Before the court is Defendant's counsel's Motion to Withdraw as Attorney of Record (#616).

IT IS HEREBY ORDERED that any opposition to the Motion to Withdraw as Attorney of Record (#616) must be filed on or before December 4, 2015.

IT IS FURTHER ORDERED that a hearing on Motion to Withdraw as Attorney of Record (#616) is scheduled for 10:00 a.m., December 7, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 23rd day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE