# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00463-JCM-VCF |
| vs. | **ORDER** |
| JACQUELINE GENTLE, | |
| Defendants. | |

The court held a status hearing on December 30, 2015 to determine if Jacqueline Gentle has a medical issue that necessitated immediate attention. The court canvassed and heard representations from Dr. Adam Rivera and the U.S. Marshal regarding the root canal of Ms. Gentle.  (#674). Based on this record, the court finds that to protect Ms. Gentle from risk of additional dental harm and to maintain her ability to assist counsel in the upcoming trial, the standard procedure of installing a temporary cap after a root canal must be provided to Ms. Gentle as soon as possible.

Accordingly,

IT IS HEREBY ORDERED that Ms. Gentle must be provided a temporary crown as an immediate dental treatment.

IT IS SO ORDERED.

DATED this 30th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE