JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ, ERICSSON & GAFFNEY LLC
1050 INDIGO DRIVE, SUITE 120
Las Vegas, Nevada 89145
Telephone:  (702) 878-2889
Facsimile:  (702) 522-1542
jim@oronozlawyers.com
*Attorney for Carolyn Willis-Casey*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JACQUELINE L. GENTLE<br>DENISE A. WILLIAMS, and<br>CAROLYN WILLIS-CASEY,<br><br>    Defendants. | CASE NO: 2:12-cr-463-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br> (1st Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between J. GREGORY DAMM, Assistant United States Attorneys; JAMES ORONOZ, ESQ., counsel for CAROLYN WILLIS-CASEY; KATHLEEN BLISS, ESQ., counsel for JACQUELINE GENTLE; and BRIAN SMITH, ESQ., counsel for DENISE WILLIAMS; that the sentencing hearing currently scheduled for April 18, 2016, at the hours of 10:30 a.m., 11:00 a.m., and 11:30 a.m., be continued to a time convenient to the Court, but no more than forty-five (45) days.

///
///
///
///

1

This stipulation is entered into for the following reasons:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule."

2. The parties are requesting additional time to address and potentially resolve their respective objections to their client's respective presentence investigation reports.

3. Once the PSR Objections have been submitted to parole and probation, the respective PSR authors will need additional time to revise their reports and disclose them to the Court in advance of sentencing.

4. Defense counsel also require additional time to gather information pertinent to sentencing factors under 18 U.S.C. § 3553(a) in order to determine whether a variance may be warranted for their respective clients.

5. Defense counsel for JACQUELINE GENTLE has spoken to her client, who is currently in custody, and she has no objection to the continuance.

6. Defense counsel for DENISE WILLIAMS has spoken to his client, who is not currently in custody, and she has no objection to the continuance.

7. Defense counsel for CAROLYN WILLIS-CASEY has spoken to his client, who is currently in custody, and she has no objection to the continuance.

8. The additional time requested herein is not sought for purposes of delay.

9. Denial of this request for a continuance would deny counsel for the defendants sufficient time, to effectively and thoroughly prepare for sentencing. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.


DATED: March 31, 2016

 /s/ James Oronoz                                          /s/ Gregory Damm
JAMES A. ORONOZ, ESQ.                    J. GREGORY DAMM
700 South Third Street                            Assistant United States Attorney
Las Vegas, NV 89101                             333 Las Vegas Blvd. South, #5000
Counsel for Carolyn Willis-Casey           Las Vegas, NV 89101
                                                             Counsel for United States

1

*/s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
2   Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd., Ste 600
3   Las Vegas, NV 89118
*Counsel for Jacqueline Gentle*
4

*/s/ Brian Smith*
BRIAN SMITH, ESQ.
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
702-868-8866
*Counsel for Denise Williams*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br> vs.<br><br> JACQUELINE L. GENTLE<br>DENISE A. WILLIAMS, and<br>CAROLYN WILLIS-CASEY,<br><br> Defendants. | CASE NO: 2:12-cr-463-JCM-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule."

2. The parties are requesting additional time to address and potentially resolve their respective objections to their client's respective presentence investigation reports.

3. Once the PSR Objections have been submitted to parole and probation, the respective PSR authors will need additional time to revise their reports and disclose them to the Court in advance of sentencing.

4. Defense counsel also require additional time to gather information pertinent to sentencing factors under 18 U.S.C. § 3553(a) in order to determine whether a variance may be warranted for their respective clients.

5. Defense counsel for JACQUELINE GENTLE has spoken to her client, who is currently in custody, and she has no objection to the continuance.

6. Defense counsel for DENISE WILLIAMS has spoken to his client, who is not currently in custody, and she has no objection to the continuance.

7. Defense counsel for CAROLYN WILLIS-CASEY has spoken to his client, who is currently in custody, and she has no objection to the continuance.

8. The additional time requested herein is not sought for purposes of delay.

9. Denial of this request for a continuance would deny counsel for the defendants sufficient time, to effectively and thoroughly prepare for sentencing. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendants sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing for JACQUELINE LOUISA GENTLE currently scheduled for April 18, 2016, at the hour of 10:30 a.m. be vacated and continued to **June 2, 2016 at 10:00 a.m.**

IT IS FURTHER ORDERED that the sentencing hearing for DENISE WILLIAMS currently scheduled for April 18, 2016, at the hour of 11:00 a.m. be vacated and continued to **June 2, 2016 at 11:00 a.m.**

///

///

///

///

///

IT IS FURTHER ORDERED that the sentencing hearing for CAROLYN WILLIS-CASEY currently scheduled for April 18, 2016, at the hour of 11:30 a.m. be vacated and continued to **June 2, 2016 at 1:30 p.m.**


DATED April 1, 2016.

_____
UNITED STATES DISTRICT JUDGE