UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATE OF AMERICA

        Plaintiff,

vs.

District No.   2:12-cr-0463 JCM VCF

JACQUELINE LOUISA GENTLE

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On August 1, 2016 this court received a Request and Authorization for Transcript form dated August 1, 2016 requesting Transcript of a hearing held on June 17, 2014 from Kathleen Bliss, counsel for the Defendant Jacqueline Louisa Gentle in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of August, 2016.

                                                JAMES C. MAHAN
                                                United States District Judge