UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



UNITED STATES OF AMERICA

        Plaintiff,

vs.

JACQUELINE LOUISA GENTLE

        Defendant.

District No.   2:12-cv-0463 JCM VCF

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On August 1, 2016 this court received a Request and Authorization for Transcript form dated August 1, 2016 requesting transcript of a hearing held on October 31, 2014 from Kathleen Bliss, counsel for the Defendant Jacqueline Louisa Gentle in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 25th day of August, 2016.

JAMES C. MAHAN
United States District Judge

REQUEST AND AUTHORIZATION FOR TRANSCRIPT

| 1. CIR./DIST./DIV. CODE 0978 | 2. PERSON REPRESENTED Jacqueline Louisa Gentle | | VOUCHER NUMBER 0978.0017595 | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:12-CR-00463-3-JCM-VCF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA v. Williams et al | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1028A.F,18:1341.F,18:1341.F,18:1542.F,18:1542.F,18:1542.F,18:1542.F,18:1544.F,18:641.F,18:641.F,18:641.F,18:641.F,18:911.F,18:911.F,18:911.F,18:911.F,42:408.F, 18:1349.F,18:1349.F,18:1349.F

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED   (Describe briefly)
Transcripts to be used in Record on Appeal

13. PROCEEDING TO BE TRANSCRIBED   (Describe specifically). NOTE: The trail transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)

12/14/12, docket # 23, Initial Appearance/Plea
04/15/13, docket # 64, Arraignment/Plea
09/03/13, docket # 116, Motion Hearing
11/05/13, docket # 138, Hearing re Motion to Dismiss
11/21/13, docket # 165, Arraignment/Plea
04/18/14, docket # 227, Initial Appearance re Revocation of Pretrial Release
05/06/14, docket # 234, Revocation of Pretrial Release
05/13/14, docket # 238, Revocation of Pretrial Release
05/28/14, docket # 255, Arraignment/Plea
06/17/14, docket # 273, Hearing on Motion to Withdraw as Attorney
10/31/14, docket # 346, Initial Appearance re Revocation of Pretrial Release
11/13/14, docket # 367, Revocation of Pretrial Release
02/05/15, docket # 430, Hearing on Motion to Compel
02/12/15, docket # 439, Competency Hearing as to J. Gentle
02/23/15, docket # 446, Status Conference as to J. Gentle
03/02/15, docket # 449, Revocation of Pretrial Release
12/07/15, docket # 633, Hearing re Motion to Withdraw as Attorney
12/30/15, docket # 674, Hearing re Sealed Status Report

JUDGE'S INITIALS

14. SPECIAL AUTHORIZATIONS

A. Apportioned   0% of transcript with *(Give case name and defendant)*

B. ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted. |
| Kathleen Bliss /S/           8/1/2016<br>Signature of Attorney           Date<br>Kathleen Bliss<br>Printed Name<br>Telephone: 702-793-3000 | James C. Mahan /S/<br>Signature of Presiding Judicial Officer or By Order of the Court<br>8/2/2016<br>Date of Order           Nunc Pro Tunc Date |

Error: Subreport could not be shown.