# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00463-JCM-VCF-3 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JACQUELINE LOUISA GENTLE, | ) | |
| Defendant. | ) | |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 917).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (ECF No. 917) is GRANTED.

**IT IS FURTHER ORDERED** that Telia U. Williams is APPOINTED as counsel for Jacqueline Louisa Gentle in place of Kathleen Bliss for all future proceedings.

Ms. Bliss' office shall forward the file to Ms. Williams forthwith.

DATED this 1st day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE