# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                 Petitioner,

v.

FREDERICK VERNON WILLIAMS, et al

                 Respondent.

JUDGMENT

Case Number: 2:12-CR-463 JCM (VCF)

(Related case: 2:19-CV-1062-JCM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner Jacqueline Louisa Gentle's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that petitioner is denied a certificate of appealability.

| 2/28/20 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

                                                     /s/ A. Reyes
                                                   Deputy Clerk